# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>ANA KAREN OCEGUEDA PENA,<br><br>               Defendant. | Case No.: 2:22-cr-00086-GMN-DJA<br><br>**ORDER**<br>(Docket No. 43) |

Pending before the Court is the Defendant Ana Karen Ocegueda Pena's motion to modify her conditions of pretrial release to remove the conditions relating to Global Positioning Satellite (GPS) monitoring. Docket No. 43. Defendant submits that neither the United States nor his Pretrial Services officer opposes this request. *Id*. at 1.

Accordingly, the United States **GRANTS** Defendant's motion. Docket No. 43. Her conditions of release are modified to remove conditions 52D (GPS monitoring), 52E (stand-alone monitoring), 53 (tampering with monitoring device), and 54 (pay cost for monitoring device). All other conditions of release imposed by the Court remain in place. *See* Docket No. 15.

IT IS SO ORDERED.

DATED: December 13, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE