SIGAL CHATTAH
Acting United States Attorney
Nevada State Bar Number 8264
LAUREN M. IBANEZ
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Lauren.Ibanez@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANA KAREN OCEGUEDA PENA,<br>  aka "Ana Pena,"<br>  aka "Karen Pena,"<br><br>  Defendant. | Case No. 2:22-cr-00086-GMN-DJA<br><br>**Motion for Limited Unsealing of Bench Warrant** |

Plaintiff United States of America, by and through Sigal Chattah, Acting United States Attorney, and Lauren M. Ibanez, Assistant United States Attorney, moves for entry of an Order unsealing the bench warrant for the limited purpose of permitting the government to disclose the warrant to government personnel, including those of a foreign government, as necessary to assist in the apprehension and extradition of the defendant to the United States. In support of its motion the government states:

1. On or about April 26, 2022, a federal grand jury sitting in the District of Nevada returned a six-count Indictment charging defendant Ana Karen Ocegueda Pena and co-defendants with (Count One) Conspiracy to Distribute a Controlled Substance in violation

of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)(i); (Count Two) Distribution of a Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 18 U.S.C. §2; and (Counts Three, Four, Five, and Six) Distribution of a Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(i) and 18 U.S.C. §2.

2. On or about September 27, 2023, a change of plea hearing was scheduled for defendant Ana Karen Ocegueda Pena. Pena failed to appear for the hearing. A bench warrant was requested and issued under seal by the Court.

3. Law enforcement officers located Pena in Mexico and extradition proceedings have commenced.

4. As a condition of extradition, the government is required to unseal the bench warrant for purposes of providing it to government officials, including Mexican officials.

5. Accordingly, the government respectfully requests entry of the attached proposed Order so that it may unsecure the extradition of alleged narcotics trafficker Pena.

DATED this 21st day of August, 2025.

SIGAL CHATTAH
Acting United States Attorney

*/s/ Lauren M. Ibanez*
_____
LAUREN M. IBANEZ
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANA KAREN OCEGUEDA PENA,<br>  aka "Ana Pena,"<br>  aka "Karen Pena,"<br><br>  Defendant. | Case No. 2:22-cr-00086-GMN-DJA<br><br>**ORDER** |

This matter coming before the Court on the Government's Motion to Unseal, having been considered by the Court, and good cause showing, the Motion is granted.

IT IS HEREBY ORDERED that the Bench Warrant in the above-captioned matter is unsealed and the government is permitted to disclose the warrant to government personnel, including those of a foreign government, as necessary to assist in the apprehension and extradition of the defendant to the United States.

DATED this __25th__ day of August 2025.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE